No. 495.   FLEEGER *v.* ILLINOIS.   October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 496.   LEE *v.* DEPARTMENT OF PUBLIC WELFARE ET AL.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 499.   ILLINOIS EX REL. HANSON *v.* RAGEN, WARDEN. October 14, 1946.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 500.   UNITED STATES EX REL. SHAFFER *v.* RAGEN, WARDEN, ET AL.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Kane County, Illinois, denied.

No. 507.   JUDD *v.* RAGEN, WARDEN.   October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 508.   JONES *v.* RAGEN, WARDEN.   October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 509.   FERRIS *v.* RAGEN, WARDEN; and
No. 510.   HAINES *v.* NIERSTHEIMER, WARDEN.   October 14, 1946.   Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.